**Order filed February 15, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01081-CV
_____

## VICTORIA V. OCHSNER, Appellant

## V.

## PRESTON A. OCHSNER, Appellee

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2001-54131**

## O R D E R

The clerk's record was filed March 15, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the request to court reporter to prepare reporter's record.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before 10 days from the date of this order, containing the request to court reporter to prepare reporter's record.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM